R. Jeremy Adamson (USB 12818)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
Facsimile: (801) 758-7436
jadamson@kba.law

*Attorneys for Defendant Beauty Industry Group Opco, LLC*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATHERINE RASMUSSEN, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>BEAUTY INDUSTRY GROUP OPCO, LLC, A Utah Limited Liability Company,<br><br>          Defendant. | **DEFENDANT BEAUTY INDUSTRY GROUP OPCO, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:21-cv-00506<br><br>Judge: Tena Campbell |

**DEFENDANT BEAUTY INDUSTRY GROUP OPCO, LLC's RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and through undersigned counsel, Defendant Beauty Industry Group OPC, LLC, ("BIG") hereby certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATE: December 1, 2021,

                                        **KUNZLER BEAN & ADAMSON, PC**

                                         */s/ R. Jeremy Adamson*
                                        R. Jeremy Adamson
                                        50 W. Broadway, Suite 1000
                                        Salt Lake City, Utah 84101

Telephone: (801) 994-4646
jadamson@kba.law
*Attorneys for Defendant Beauty Industry*
*Group Opco, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 1st day of December, 2021, I caused a true

and correct copy of the foregoing **DEFENDANT BEAUTY INDUSTRY GROUP OPCO,**

**LLC's RULE 7.1 CORPORATE DISCLOSURE STATEMEN** to be submitted for electronic

filing through the Court's CM/ECF system to the following:

Andrew W. Stavros
Andrew D. Fox
STAVROS LAW P.C.
8915 South 700 East, Suite 202
Sandy, Utah 84070
(801) 758-7604
andy@stavroslaw.com
*Attorneys for Plaintiff Katherine Rasmussen*

  */s/ Carrie Watters*
  Carrie Watters