Andrew W. Stavros (8615)
**STAVROS LAW P.C.**
8915 South 700 East, Suite 202
Sandy, Utah 84070
Tel: (801) 758-7604
Fax: (801) 893-3573
andy@stavroslaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATHERINE RASMUSSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BEAUTY INDUSTRY GROUP OPCO, LLC, a Utah liability company,<br><br>Defendant. | **STIPULATED AND JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:21-cv-00506<br><br>Judge: Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

  Plaintiff Katherine Rasmussen, by and through her counsel of record, and Defendant Beauty Industry Group Opco, LLC, by and through its counsel of record (collectively, the "Parties"), hereby submit this Stipulated and Joint Motion to Dismiss with Prejudice.

  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate and jointly move the Court for an order dismissing this lawsuit with prejudice, each party to bear its/her own attorney fees and costs.

  A proposed Order of Dismissal with Prejudice, which has been approved as to form, is filed concurrently herewith, and will be emailed to chambers.

1

DATED this 15th day of August, 2022.

                                     **/s/     Andrew W. Stavros**
                                     Andrew W. Stavros
                                     STAVROS LAW P.C.
                                     *Attorneys for Plaintiff*

DATED this 15th day of August, 2022.

                                   **/s/     R. Jeremy Adamson***
                                     R. Jeremy Adamson
                                     KUNZLER BEAN & ADAMSON
                                     50 West Broadway, Suite 1000
                                     Salt Lake City, Utah 84101
                                     *(submitted by filing attorney with the written consent of Mr. Adamson via email)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2022, I filed the foregoing **STIPULATED AND JOINT MOTION TO DISMISS WITH PREJUDICE** using the Court's Electronic Filing Notification System, which sent notice to the following ECF participants:

R. Jeremy Adamson
KUNZLER BEAN & ADAMSON
50 West Broadway, Suite 1000
Salt Lake City, Utah 84101
jadamson@kba.law
*Attorney for Defendant*

      /s/ Jessika Clayton