# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATHERINE RASMUSSEN, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>BEAUTY INDUSTRY GROUP OPCO, LLC, a Utah liability company,<br><br>  Defendant. | **ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:21-cv-00506<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

In accordance with the parties' stipulated motion to dismiss this action with prejudice, and the court being fully advised in the premises and based upon good cause shown, it is hereby ORDERED that the motion (ECF No. 23) is GRANTED.  This action is hereby dismissed on the merits with prejudice, each party to bear its/her own attorney fees, costs, and expenses.

DATED this 15th day of August, 2022.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
United States District Judge